CLAIRE FISHMAN *v.* MIDDLESEX MUTUAL
ASSURANCE COMPANY
(6809)

DUPONT, C. J., STOUGHTON and JACOBSON, Js.

Argued February 8—decision released February 23, 1989

*Leo Gold,* for the appellant (plaintiff).

*Bruce L. Levin,* with whom, on the brief, was *Serge G. Mihaly,* for the appellee (defendant).

PER CURIAM. There is no error.